MARTHA C. CALLAGHAN and Another, Appellants, v. ADELIA M. CORBIN, Respondent.*— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., and Finch, J., dissent. [136 Misc. 731.]

In the Matter of the Application of GEORGE F. CANFIELD for a Determination as to the Validity, Construction or Effect of Disposition of the Property Contained in the Last Will and Testament of ALBERT W. CANFIELD, Deceased.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [136 Misc. 551.]

EDMOND BARRY, Respondent, v. ABNER DISTILLATOR and Another, Defendants, Impleaded with M. ALTIERI & SON CUT STONE CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PERFECT LIGHTING FIXTURES CO., INCORPORATED, Respondent, v. GRUBAR REALTY CORPORATION and Another, Defendant, Impleaded with 777 FOX STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. GIZELLA BLOOM and Another, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NATHAN COHEN, Doing Business, etc., Respondent, v. ANNIE TEITELBAUM, as Executrix, etc., of FRANK TEITELBAUM, Deceased, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NORA GIBBONS, Respondent, v. ARTHUR G. McDERMOTT and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LONDON GUARANTEE & ACCIDENT COMPANY, LIMITED, Respondent, v. VIKING CONCRETE FORMS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PINCUS FENSTER, as Administrator, etc., of SOLOMON FELKER, Deceased, Respondent, v. HECKER, JONES, JEWELL MILLING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL D. MARKS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Sherman, J., dissents.

STEPHEN MARTIN, Respondent, v. HARRY MENDEL and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.